FILED'08 MAR 03 17:29USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT TICE,

                                  Civ. No. 06-1706-CL

        Plaintiff,

     v.

MICHAEL J. ASTRUE,                   **ORDER**
Commissioner of Social
Security

        Defendant.

_____

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and
Recommendation, and the matter is now before this court. See 28
U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).  No objections have
been filed.  This court reviews legal principles *de novo*. See
Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir.
1983).

    I have given this matter *de novo* review.  I find no error.
Accordingly, I ADOPT the Report and Recommendation of Magistrate

1 -  ORDER

Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#31) is adopted.  The Commissioner's decision is reversed and remanded for further administrative proceedings.

IT IS SO ORDERED.

DATED this ___3___ day of March, 2008.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER