FILED'08 MAR 03 17:29USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT TICE,

    Plaintiff,

Civ. No. 06-1706-CL

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security

    Defendant.

JUDGMENT

Based on the record, it is ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings.

DATED this 3 day of March, 2008.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - JUDGMENT