**Bruce W. Brewer,** OSB No. 92558
Internet E-mail Address: btownlaw@yahoo.com
419 5th Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax: 503-656-8481
Attorney for plaintiff

FILED'08 APR 07 11:15USDC-ORM

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **ROBERT TICE,** | CIVIL CASE NO. 06-1706-CL |
| Plaintiff, | ~~PROPOSED~~ ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| vs. | |
| **COMMISSIONER,** of Social Security Administration, Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that an attorney fee in the amount of $7,499.00, is awarded to Plaintiff's attorney, Bruce Brewer, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412. The check shall be made payable to Bruce Brewer and mailed to Plaintiff's attorney's office as follows: Bruce Brewer, 419 Fifth Street, Oregon City, Oregon 97045. There are no costs or expenses to be paid herein.

DATED this 7 day of April, 2008.

_____
United States District Judge/

Submitted by:

Bruce W. Brewer, OSB No. 92558
503-722-8833, Attorney for Plaintiff

1 - ORDER FOR EAJA FEES